USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/4/2019__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLENDI SAHITI,

          Plaintiff,

-against-

TARENTUM, LTD, d/b/a Ulivo, FABIO CAMARDI, and MANUELA CALABRESE,

          Defendants.

19 Civ. 7377 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 9, 2019, the Court ordered the parties to submit a joint letter and proposed case management plan by December 3, 2019. ECF No. 7. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter and proposed case management plan by **December 5, 2019**.

    SO ORDERED.

Dated: December 4, 2019
       New York, New York

                                    ANALISA TORRES
                              United States District Judge