

# DUNNINGTON
## BARTHOLOW & MILLER LLP

ATTORNEYS AT LAW

230 Park Avenue, 21st Floor | New York, NY 10169 | Telephone: 212.682.8811 | www.dunnington.com | SBlaustein@dunnington.com

December 9, 2019

**VIA ECF AND EMAIL**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007
TorresNYSDChambers@nysd.uscourts.gov

  Re:  *Blendi Sahiti v. Tarentum, Ltd. et. al.* **(19-CV-07377) (AT)**

Dear Judge Torres:

  My firm represent Defendants Tarentum Ltd., Fabio Camardi and Manuela Calabrese. I write in accordance with Section I of Your Honor's Individual Practices to request that the Initial Pretrial Conference re-scheduled for Friday December 13, 2019 at 11:20 a.m. be adjourned. The reason for my request is that I have to appear in Richmond County pursuant to an Order to Show Cause in connection with a preliminary injunction motion in *Colon v, Bushwick Properties, Inc.* (Richmond Co. Index No. 85124/2016) on December 13, 2019 at 9:30.

  The original date for the conference was December 10, 2019 which was adjourned by the Court earlier today. (ECF 20). The basis for the request is my actual engagement on another matter. This is the first request for an adjournment. I have conferred with counsel for Plaintiff who does not object. Further, the parties are available later in the day on the thirteenth. I believe that I could be in Court by 2:30 if that is convenient.

  Thank you for your consideration.

             Respectfully submitted,

             s/Samuel Blaustein

cc:  (Via ECF)
   Zachary J. Liszka, Esq.

**GRANTED.** The initial pretrial conference scheduled for December 13, 2019, at 11:20 a.m. is RESCHEDULED to **December 13, 2019**, at **2:30 p.m.**

SO ORDERED.

Dated: December 9, 2019
   New York, New York

ANALISA TORRES
United States District Judge