```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
BLENDI SAHITI,

                        Plaintiff,

        -against-                                       19 Civ. 7377 (AT)

TARENTUM, LTD, d/b/a Ulivo, FABIO                       ORDER
CAMARDI, and MANUELA CALABRESE,

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/14/2020_

ANALISA TORRES, District Judge:

Plaintiff's request for a temporary restraining order and preliminary injunction is DENIED.

The Clerk of Court is directed to terminate the motion at ECF No. 31.

SO ORDERED.

Dated: January 14, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge