USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/14/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLENDI SAHITI,

        Plaintiff,

-against-

TARENTUM, LTD, d/b/a Ulivo, FABIO CAMARDI, and MANUELA CALABRESE,

        Defendants.

19 Civ. 7377 (AT) (KNF)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed the parties' pre-motion letters, ECF Nos. 17, 23, it is hereby ORDERED that:

1. By **March 2, 2020**, Defendants shall file their motion to dismiss;
2. By **March 23, 2020**, Plaintiff shall file his opposition; and
3. By **April 6, 2020**, Defendants shall file their reply, if any.

    Defendants shall make their application for leave to file (1) a motion *in limine* and (2) a Local Rule 54.2 motion for a security bond to the Honorable Kevin Nathaniel Fox, to whom this case is now referred for non-dispositive pretrial motions.

    It is further ORDERED that Defendants' motion to dismiss, ECF No. 12, is DENIED as moot, in light of the subsequently-filed amended complaint, ECF No. 15. *Gonzalez v. Paine, Webber, Jackson & Curtis, Inc.*, 493 F.Supp. 499, 501 (S.D.N.Y.1980) ("Since the original complaint has been superseded by the amended complaint, the motion to dismiss the original complaint has been rendered moot.").

    The Clerk of Court is directed to terminate the motions at ECF Nos. 12 and 17.

    SO ORDERED.

Dated: January 14, 2020
       New York, New York

                               ANALISA TORRES
                           United States District Judge