UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BLENDI SAHITI,

                      Plaintiff,

            -against-

                                     ORDER

TARENTUM, LTD, d/b/a Ulivo, FABIO CAMARDI,
and MANUELA CALABRESE,                      19-CV-7377 (AT)(KNF)

                      Defendants.
-----------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The plaintiff's February 10, 2020 request, Docket Entry No. 36, that the Court fix "an expedited briefing schedule related to his December 23, 2019 pre-motion letter" to the assigned district judge, is denied. The instant application is, in essence, an untimely and misdirected request for reconsideration of the assigned district judge's January 14, 2020 order, which the Court cannot entertain.

Dated:  New York, New York                      SO ORDERED:
          March 3, 2020

                                                                     KEVIN NATHANIEL FOX
                                                                     UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/20