```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/20/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLENDI SAHITI,

                Plaintiff,

-against-

TARENTUM, LTD, d/b/a Ulivo, FABIO CAMARDI, and MANUELA CALABRESE,

                Defendants.

19 Civ. 7377 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for April 27, 2020 is ADJOURNED to **June 30, 2020**, at **11:00 a.m.** The conference will be conducted telephonically. The parties are directed to call (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

    SO ORDERED.

Dated: April 20, 2020
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge