UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BLENDI SAHITI,

                     Plaintiff,

       -against-

TARENTUM, LTD, d/b/a Ulivo FABIO
CAMARDI, and MANUELA CALABRESE,

                     Defendants.
-------------------------------------------------------------------

**ORDER RE REFERRAL FOR SETTLEMENT**

**19-CV-7377 (AT) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      This case was referred to Magistrate Judge Willis on April 4, 2022 for Settlement, in addition to the pre-existing referral for General Pretrial. ECF No. 91. Should the parties wish to proceed with settlement, they are directed to contact Courtroom Deputy Christopher Davis via email at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for a Settlement Conference. The proposed dates should be in May 2022.

      Parties must plan to attend the Conference in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference, or have the person with authority available via phone, email, or other means. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Willis's Individual Practices. Pre-conference submissions must be received by the Court no later than 7 days before the Conference.

      SO ORDERED.

Dated: April 6, 2022
       New York, New York

                                                         *Jennifer E. Willis*
                                                         JENNIFER E. WILLIS
                                                         United States Magistrate Judge