UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLENDI SAHITI,

                              Plaintiff,

            -against-

TARENTUM, LTD, d/b/a Ulivo and
FABIO CAMARDI

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   _7/8/2022_____

19 Civ. 7377 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Trial in this matter is set to begin on **January 23, 2023**, at **9:00 a.m.**  The final pretrial conference shall be held on **January 19, 2023**, at **10:00 a.m.**  Both shall proceed in person, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    All deadlines previously set by the Court for the parties' pretrial submissions and motions *in limine*, *see* ECF No. 89, shall remain in place.

    SO ORDERED.

Dated: July 8, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge